

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/03/2019

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 25, 2019

**BY ECF**
Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, New York  10007

Application Granted.  The conference currently scheduled for December 17, 2019 is canceled.  The parties shall file status letters on **January 31, 2020**; **March 31, 2020**; and **May 29, 2020**.  The Clerk of the Court is directed to terminate the letter motion st docket number 56.

Dated: December 3, 2019
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Re:    *United States* v. *Tyler Sykes*, No. 16 Cr. 43 (LGS)

Dear Judge Schofield:

The Government writes with the consent of the defendant Tyler Sykes to request that the Court adjourn the violation of supervised release hearing scheduled for December 17, 2019 *sine die* pending the resolution of new state charges brought by the Manhattan District Attorney's Office.

On November 14, 2019, Sykes was indicted in Manhattan Supreme Court with the following charges in connection with an alleged incident on March 14, 2019 involving a loaded firearm:  (1) attempted murder in the second degree, in violation of New York Penal Law §§ 110 and 125.25(1); (2) attempted assault in the first degree, in violation of New York Penal Law §§ 110 and 120.10(1); (3) criminal possession of a weapon in the second degree, in violation of New York Penal Law § 265.03(3); and criminal possession of a weapon in the second degree, in violation of New York Penal Law § 265.03(1)(b).  The top charge carries a maximum sentence of up to 25 years' imprisonment.

In light of these new state charges, the parties propose that the violation of supervised release hearing scheduled for December 17, 2019 be adjourned *sine die* to allow time for the defendant to face these charges in the state,[1] during which time the pending violations of supervised release would be held in abeyance.  Once the state charges have been resolved, the parties expect to be in better position to discussion a potential resolution of the violations of supervised release, which carry a maximum sentence of two years' imprisonment.

---

[1] Per the defendant's request, the Government has conferred with the Manhattan District Attorney's Office, which will seek to writ the defendant over from federal custody, thereby allowing the defendant to receive federal credit for any time served prior to the resolution of the violations of supervised release.

Should the Court adjourn the violation of supervised release hearing *sine die* pending the resolution of the state charges, the parties will write the Court as soon as the parties become aware of a resolution of the state charges so that a status conference or hearing can be promptly scheduled on the violations of supervised release.

Respectfully submitted,
GEOFFREY S. BERMAN
United States Attorney

By: _____
Sagar Ravi
Assistant United States Attorney
(212) 637-2195