

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 31, 2020

**BY ECF**
Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, New York  10007

    Re:    *United States* v. *Tyler Sykes*, No. 16 Cr. 43 (LGS)

Dear Judge Schofield:

    Pursuant to the Court's Order dated December 3, 2019, the Government writes on behalf of the parties to provide a status letter regarding charges brought by the Manhattan District Attorney's Office against Tyler Sykes.

    As the Court is aware, on November 14, 2019, Sykes was indicted in Manhattan Supreme Court with the following charges in connection with an alleged incident on March 14, 2019 involving a loaded firearm:  (1) attempted murder in the second degree, in violation of New York Penal Law §§ 110 and 125.25(1); (2) attempted assault in the first degree, in violation of New York Penal Law §§ 110 and 120.10(1); (3) criminal possession of a loaded firearm in the second degree, in violation of New York Penal Law § 265.03(3); and (4) criminal possession of a loaded firearm in the second degree, in violation of New York Penal Law § 265.03(1)(b).  The top charge carries a maximum sentence of up to 25 years' imprisonment.

    The defendant was arraigned on the indictment on December 17, 2019, pleaded not guilty, and was remanded.  A motion schedule was set and the next appearance on the motions is scheduled for March 17, 2020.  There have not been any plea discussions.

Honorable Lorna G. Schofield
January 31, 2020
Page 2 of 2

The parties remain available to answer any further inquiries from the Court.

                Respectfully submitted,
                GEOFFREY S. BERMAN
                United States Attorney

By: _____
                Sagar Ravi
                Assistant United States Attorney
                (212) 637-2195