# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

March 31, 2020

**BY ECF**
Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:     <u>**United States v. Tyler Sykes**</u>
        **16 Cr. 43 (LGS)**

Dear Judge Schofield:

Pursuant to the Court's Order, the defense writes on behalf of the parties to provide a status update concerning charges brought by the Manhattan District Attorney's Office against Tyler Sykes.

As the Court is aware, on November 14, 2019, Mr. Sykes was indicted in Manhattan Supreme Court in connection with an alleged incident on March 14, 2019. Mr. Sykes was arraigned on the indictment on December 17, 2019, pleaded not guilty, and was remanded. A motion schedule was set and the matter was adjourned to March 17, 2020.

The parties have been advised that Mr. Sykes' March 17, 2020 court appearance was administratively adjourned to April 28, 2020 due to the COVID-19 pandemic and its effect on the operation of state court. Mr. Sykes is currently incarcerated at Rikers Island.

The parties remain available to answer any further inquiries from the Court.

Sincerely yours,

*/s/ Robert M. Baum*

Robert M. Baum
Assistant Federal Defender

Marne L. Lenox
Assistant Federal Defender

Cc: Sagar Ravi, Assistant United States Attorney (by email)