# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

*David E. Patton*
Executive Director

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

May 17, 2022

**BY ECF AND EMAIL**
Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square, Room 201
New York, New York 10007

> Application Granted. The parties shall file a joint status letter on **June 27, 2022**. The Clerk of the Court is directed to terminate the letter motion at docket number 89.
>
> Dated: May 18, 2022
> New York, New York
>
> LORNA G. SCHOFIELD
> UNITED STATES DISTRICT JUDGE

Re:  **United States v. Tyler Sykes**
     **16 Cr. 43 (LGS)**

Dear Judge Schofield,

Pursuant to the Court's Order dated April 12, 2022, I respectfully write on behalf of the parties to advise the Court of the status of Mr. Sykes' pending state court case as it may relate to his current violation of supervised release pending before Your Honor. I have spoken with Mr. Sykes' State Court defense attorney who advised me that Mr. Sykes sentencing following his guilty plea to attempted assault in the first degree, has been adjourned to June 13, 2022. I am advised that the adjournment was because the Probation Department had not completed Mr. Sykes' Presentence Report due to staffing issues. The parties respectfully request that the violation of supervised release be adjourned until any date after Mr. Sykes is sentenced.

Respectfully submitted,

Robert M. Baum
Assistant Federal Defender

cc:  Sagar Ravi, Esq.
     Assistant United States Attorney