**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
Executive Director
and Attorney-in-Chief

*Southern District of New York*
*Jennifer L. Brown*
*Attorney-in-Charge*

October 10, 2022

**BY ECF**

The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**RE:   United States v. Tyler Sykes**
       **16 Cr. 043 (LGS)**

Dear Judge Schofield:

> Application Granted. The sentencing hearing currently scheduled for November 21, 2022, is adjourned to **December 5, 2022, at 11:00 a.m**. The Clerk of the Court is directed to terminate the letter motion at docket number 102.
>
> Dated: October 11, 2022
> New York. New York
>
> *[signature]*
> **LORNA G. SCHOFIELD**
> **UNITED STATES DISTRICT JUDGE**

I write on behalf of defendant Tyler Sykes to respectfully request a two-week adjournment of the sentencing hearing in this matter, currently scheduled for Monday, November 21, 2022. I am unavailable on that date as I will be traveling outside of the district in advance of the Thanksgiving holiday. Accordingly, I respectfully request that this sentencing hearing be adjourned by approximately two weeks. I am available for an in-person sentencing hearing any time on December 1, 2, 5, 7, 9, 12, or 13.

This is the first and only request to adjourn sentencing in this matter. Counsel for the government informs me the government does not object to this request.

Respectfully submitted,

*/s/ Hannah McCrea*
Hannah McCrea
Assistant Federal Defender
Hannah_McCrea@fd.org
646.574.0351

cc:    AUSA Sagar Ravi