**Federal Defenders
OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
Executive Director
*and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

December 7, 2022

**BY ECF**
The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

RE:   **United States v. Tyler Sykes**
      **16 Cr. 043 (LGS)**

Application Granted.  The Clerk of the Court is directed to terminate the letter motion at docket number 108.

Dated: December 8, 2022
New York, New York

*[signature]*
**LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE**

Dear Judge Schofield:

    I write on behalf of defendant Tyler Sykes to respectfully request that, pursuant to 18 U.S.C § 3621(b), the Court recommend that the Bureau of Prisons ("BOP") designate the New York state facility where Mr. Sykes will be serving the remainder of his state sentence an appropriate facility for serving his federal sentence. Assistant U.S. Attorney Sagar Ravi informs me the government has no objection to this request.

    On December 5, 2022, Mr. Sykes appeared before the Court for sentencing on his violation of supervised release. The Court sentenced Mr. Sykes to 24 months of imprisonment to run concurrent with his existing state sentence. In order to facilitate Mr. Sykes' return to state custody, I respectfully request that <u>the Court recommend to the BOP that it designate the state facility where he is serving his sentence as an appropriate place to serve his federal sentence.</u>

    Respectfully submitted,

*/s/ Hannah McCrea*
Hannah McCrea
Assistant Federal Defender
Hannah_McCrea@fd.org
646.574.0351

cc:   AUSA Sagar Ravi